**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Miguel Barraza, et al, | 2:16-cv-00484-JAD-VCF |
| Plaintiffs | |
| v. | **Order Denying Motion for Entry of Default** |
| U.S. Bank National Association, et al, | **[ECF No. 16]** |
| Defendants | |

Plaintiffs Miguel Barraza, Dinora Barraza, and Nana I AM sue U.S. Bank, Clear Recon Corp., PNC Bank, and the Golden Team Keller Williams Realty for a host of claims including fraud, RICO, and conspiracy.[1]  The plaintiffs move the Clerk of Court to enter default against Clear Recon Corp., arguing that this defendant was served on March 7, 2016, but has not answered the complaint.[2]

Rule 55(a) of the Federal Rules of Civil Procedure requires a default to be entered "when a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend."[3]  Although the plaintiffs are correct that Clear Recon Corp. has not answered, it has otherwise defended itself in this action: it has joined in the banks' motion to dismiss.[4]

Accordingly, IT IS HEREBY ORDERED that plaintiffs' request for entry of default [ECF No. 16] is DENIED.

Dated this 29th day of April, 2016

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 1.

[2] ECF No. 16.

[3] Fed. R. Civ. P. 55(a).

[4] *See* ECF No. 17.