1  COLT B. DODRILL, ESQ.
   Nevada Bar No. 9000
2  WOLFE & WYMAN LLP
   6757 Spencer Street
3  Las Vegas, Nevada 89119
   Tel: (702) 476-0100
4  Fax: (702) 476-0101
   cbdodrill@wolfewyman.com
5
   Attorneys for Defendants
6  PNC BANK, NATIONAL ASSOCIATION
   and U.S. BANK, NATIONAL
7  ASSOCIATION, as Trustee, Structured
   Asset Mortgage Investments II Inc., Bear
8  Stearns ARM Trust, Mortgage Pass-Through
   Certificates, Series 2005-6
9                                    UNITED STATES DISTRICT COURT

10                                    FOR THE DISTRICT OF NEVADA

11  Miguel Barraza, Dinora Barraza, Nana I AM     Case No. 2:16-cv-00484-JAD-VCF

12        Plaintiffs,
      v.
13                                                       ORDER GRANTING
    U.S. BANK, NATIONAL ASSOCIATION            MOTION TO EXPUNGE LIS PENDENS IN
14  DEFENDANT(S)                                         CLOSED MATTER

15  CLEAR RECON CORP.
    DEFENDANT(S)
16
    PNC BANK NATIONAL ASSOCIATION
17  DEFENDANT(S)

18  The Golden Team Keller Williams Realty
    DEFENDANT(S)
19
    and All Persons Claiming Any Legal or Equitable
20  Right, Title, Estate, Lien, or Interest in the Property
    Described in the Complaint Adverse to Plaintiff's
21  Title, or Any Cloud On Plaintiff's Title Thereto, and
    DOES 1 through 10, inclusive,
22
        Defendants.
23

24        Judgment having been entered in this case in favor of Defendants, Defendant, GREEN TREE

25  SERVICING LLC ("Green Tree") having filed a Motion to Expunge Lis Pendens on December 14,

26  2016, the Court having considered the moving papers, its own files and good cause appearing

27  therefore, orders as follows:

28        1.    The Court grants Green Tree's Motion to Expunge Lis Pendens and enters an order

1

2622241.1

expunging, canceling, and discharging the Notice of Pendency of Action recorded on March 22, 2016 with the Clark County Recorder's Office as Instrument No. 20160322-0000691 as to a certain parcel of real property with Assessor's Parcel No. 126-39-501-021.

    IT IS THEREFORE ORDERED that Green Tree's Motion to Expunge Lis Pendens is hereby granted.

    IT IS THEREFORE ORDERED the Notice of Pendency of Action or Lis Pendens recorded by the Plaintiff in relation to this matter, as Instrument No. 20160322-0000691 as to a certain parcel of real property with Assessor's Parcel No. 126-39-501-021 shall be expunged.

    IT IS FURTHER ORDERED that a copy of this Order may be recorded at the Clark County's Recorder's Office in the applicable chain of title.

Dated: December 19, 2016.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

WOLFE & WYMAN LLP


By: /s/ *Colt B. Dodrill*
    COLT B. DODRILL, ESQ.
    Nevada Bar No. 9000
    6757 Spencer Street
    Las Vegas, Nevada 89119
    cbdodrill@wolfewyman.com
    Phone (702) 476-0100
    Fax  (702) 476-0101

    Attorneys for Defendants,
**PNC BANK, NATIONAL ASSOCIATION and U.S. BANK, NATIONAL ASSOCIATION, as Trustee, Structured Asset Mortgage Investments II Inc., Bear Stearns ARM Trust, Mortgage Pass-Through Certificates, Series 2005-6**

2622241.1