LAUREL I. HANDLEY (NV Bar # 009576)
JORY C. GARABEDIAN (NV Bar # 10352)
Aldridge | Pite, LLP
520 South 4th Street
Suite 360
Las Vegas, NV 89101
E-Mail: lhandley@aldridgepite.com
E-Mail: jgarabedian@aldridgepite.com

Attorneys for Defendant CLEAR RECON CORP.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL BARRAZA, DINORA BARRAZA & NANA I AM,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, CLEAR RECON CORP, PNC BANK, NATIONAL ASSOCIATION, THE GOLDEN TEAM KELLER WILLIAMS REALTY And DOES 1 through 10 inclusive,<br><br>Defendants. | Case No. 2:16-CV-00484-JAD-VCF<br><br>**MOTION TO REMOVE ATTORNEY FROM SERVICE LIST AND SUBSTITUTE ATTORNEY WITHIN FIRM** |

COMES NOW Defendant, CLEAR RECON CORP., by and through its attorneys of record, LAUREL I. HANDLEY, ESQ. and JORY C. GARABEDIAN, ESQ. of ALDRIDGE PITE, LLP, and moves this Court to Remove Rebecca P. Kern as counsel for Clear Recon Corp. and substitute Jory C. Garabedian as attorney in her place.

/././

/././

///

The attorneys of record for Clear Recon Corp. have been Rebecca P. Kern, Esq. and Laurel I. Handley, Esq. However, Ms. Kern is no longer affiliated with the firm of Aldridge Pite, LLP. The law firm of Aldridge Pite, LLP and Laurel I. Handley, Esq. will continue to represent Clear Recon Corp. in the current action. Consequently, Jory C. Garabedian, Esq. will be substituted in place of Ms. Kern, working with Laurel I. Handley, Esq. with regard to the representation of Clear Recon Corp..

Dated this 22nd day of December, 2016.

ALDRIDGE PITE, LLP

/s/ Laurel I. Handley
---
LAUREL I. HANDLEY
JORY C. GARABEDIAN
Attorneys for Defendant
CLEAR RECON CORP.

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE
DATED: 1-5-2017